**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

KEVIN JOE HICKS, JR.,                )
                                     )
            Plaintiff,               )
                                     )
      v.                             )          No. 1:26-cv-100-SNLJ
                                     )
STATE OF MISSOURI, et al.,           )
                                     )
            Defendants.              )

**MEMORANDUM AND ORDER**

Plaintiff Kevin Joe Hicks, Jr. filed the instant action on May 6, 2026. ECF No. 1. He has filed a motion titled Motion to Dismiss or Delay Fees. ECF No. 2. This motion asks the Court to order the State of Missouri to pay Plaintiff's fees or allow Plaintiff to pay his fees on a payment plan. First, the Court notes that there is no mechanism for requiring the State of Missouri to pay Plaintiff's case initiation fees. Second, the motion contains no information about Plaintiff's assets, debts, account balances, or other relevant information. Therefore, the motion will be denied and Plaintiff will be directed to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this order. If Plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss or Delay Fees [ECF No. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall send Plaintiff a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 22nd day of June, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2